**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 07a0285n.06
Filed: April 20, 2007

**No. 06-5264**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| CHARLES EDWARD MORTON, | ) | EASTERN DISTRICT OF KENTUCKY |
| | ) | |
| Defendant-Appellant. | ) | |

Before: SUTTON and COOK, Circuit Judges; and GWIN, District Judge.[*]

PER CURIAM. Charles Edward Morton appeals the district court's denial of his motion to suppress evidence seized during a search of a residence located at 299 Picadome Park Drive in Lexington, Kentucky. Having reviewed the record, the applicable law, and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and affirm the district court's decision for the reasons stated in that court's opinion.

---

[*]The Honorable James S. Gwin, United States District Judge for the Northern District of Ohio, sitting by designation.